```
FILED
CLERK, U.S. DISTRICT COURT
October 18, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Sergio Munoz-Guzman**<br><br>  Plaintiff(s),<br><br>  v.<br><br>**Brito Zacharias et al**<br><br>  Defendant(s). | NO. **CV 18-04403 SJO (SSx)**<br><br>**ORDER OF DISMISSAL**<br>**BY LACK OF PROSECUTION** |

On October 11, 2018, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of a motion for entry of default judgment as an appropriate response to this Order to Show Cause, by on or before October 17, 2018. Plaintiff has failed to comply. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

Dated: October 18, 2018

    /s/ S. James Otero

             S. JAMES OTERO
        UNITED STATES DISTRICT JUDGE